UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD MCNAMEE, | ) |
| Plaintiff, | ) Case No.  2:10-cv-01294-GMN-PAL |
| vs. | ) **ORDER** |
| FREEMAN DECORATING SERVICES, INC., | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's counsel's letter to the Court dated October 13, 2010 requesting an exception to the ENE attendance requirements on behalf of Suzanne Bragg, SPHR, Vice President of Human Resources of Defendant. Defendant further requests the Court to make an exception to the attendance of a representative on behalf of its insurance carrier, Chubb Insurance Group. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Court will not require the attendance of a representative of Chubb Insurance Group, Defendant's insurance carrier, at the ENE conference scheduled for October 28, 2010.

**IT IS FURTHER ORDERED** that the Court will require Suzanne Bragg, SPHR, Vice President of Human Resources of Defendant, to be in attendance at the ENE conference.

DATED this 13th day of October, 2010.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge