LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

LITTLER MENDELSON, P.C.
Bruce C. Young, Esq. (Bar No. 5560)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
Fax: (702) 862-8811
Email: byoung @ littler.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD McNAMEE, | Case No.: 2:10-cv-01294-GMN-PAL |
| Plaintiff, | |
| vs. | |
| FREEMAN DECORATING SERVICES, INC., a Texas corporation, | **JOINT STATUS REPORT** |
| Defendant. | |

TO:   The Honorable PEGGY A. LEEN, United States Magistrate Judge

Pursuant to the Minutes of Proceedings (Document 41), issued on May 11, 2012, the parties to this action jointly submit this Status Report to apprise this Court as to the progress that has been made to finalize the confidential settlement that was reached in this matter.

Although the parties do have progress to report, the matter has not yet been finalized with Medicare authorities. Shortly after the previous teleconference on this matter, the Medicare Secondary Payor Recovery Contractor (MSPRC) issued its preliminary determination which stated, "To date, Medicare has not paid any claims that currently appear related to the beneficiary's pending settlement, judgment, or award for the above-referenced matter." This was sent to Defendant Freeman Decorating Services, Inc., and a copy was sent to Plaintiff Mr. McNamee. However, Freeman's receipt and processing was delayed because Freeman's letter was sent by the MSPRC to

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of  2

an erroneous address.  Although Freeman has not yet received the letter from the MSPRC, a copy was provided by Mr. McNamee.  The MSPRC had asked Freeman to complete an attached "Final Settlement Detail Document."  This document is what the MSPRC will base its final determination as to whether it will assert a claim for some or all of the settlement amount.

The parties are awaiting completion of the processing of the Final Settlement Detail Document.  The parties, therefore, ask that this matter be set for a status check in 60 days.

DATED:  July 10, 2012.                                 DATED:  July 10, 2012.

LAW OFFICES OF ROBERT P. SPRETNAK          LITTLER MENDELSON

By: /s/ Robert P. Spretnak                                  By: /s/ Bruce C. Young
    Robert P. Spretnak, Esq. (Bar No. 5135)           Bruce C. Young, Esq. (Bar No. 5560)

Attorney for Plaintiff                                      Attorneys for Defendant

8275 S. Eastern Avenue, Suite 200                           3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89123                                     Las Vegas, Nevada 89169

## ORDER

IT IS ORDERED that a telephonic status check is scheduled for **Monday, September 10, 2012, at 4:00 p.m.**  Plaintiff's counsel shall plan for and initiate the conference call to chambers.  If a stipulation to dismiss is filed before the status check is to take place, then the status check will be automatically vacated.

DATED this 16th day of July, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of  2